UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMIE JACOBS,
ADC #154802                                                                                               PLAINTIFF

V.                                            2:15CV00131 JLH/JTR

ARIC W. SIMMONS, APN,
Wrightsville Unit, ADC                                                                        DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, the complaint is dismissed without prejudice. The action is terminated, and the Court certifies that an *in forma* pauperis appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 1st day of October, 2015.

　
*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE